■ CYNTHIA J., Individually and as Legal Guardian of MICHAEL P.J., an Infant, Respondent, v DAVID C. PLACHE, M.D., Appellant, et al., Defendant. [901 NYS2d 895]—Appeal from an amended order of the Supreme Court, Erie County (Paula L. Feroleto, J.), entered June 10, 2009 in a medical malpractice action. The amended order, insofar as appealed from, granted plaintiff's motion and barred defendant David C. Plache, M.D. from being present during the deposition of plaintiff's infant.

It is hereby ordered that the amended order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.